*FLN (Rev. 4/2004) Deficiency Order*                                    *Page 1 of 1*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MARK BURROW

      vs                                    Case No. 3:07cv3/LAC/MD

V.D. FARLEY, et al.

_____

## ORDER

Plaintiff's **"REQUEST FOR CONFERENCE OR IN THE ALTERNATIVE REQUEST FOR DISCOVERY" (received 11/19/2007)** was referred to the undersigned with the following deficiencies:

> Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

XX    Other: The requested relief may be moot in light of the recommendation entered on November 5, 2007.

DONE and ORDERED this 20th day of November, 2007.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE