IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARK S. BURROW,**
  Plaintiff,

vs.           CASE NO.: 3:07cv3/LAC/MD

**V.D. FARLEY, et al.,**
  Defendants.

---

### O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 5, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The defendants' motions to dismiss, construed as a motion for summary judgment (docs. 34 & 39) are DENIED.

  3. Summary judgment is granted in favor of the plaintiff.

  4. Plaintiff shall file a motion for costs with supporting documentation within thirty days from the date of this order.

  DONE AND ORDERED this 7th day of December, 2007.

           *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**